**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| In re:  George F and Pauline B Hess, Jr. | : | Case No. 10-56422 |
| | : | |
| Debtors | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman, Jr. |

---

**NOTICE OF CHANGE OF PAYMENT ADDRESS**

---

      Now comes the State of Ohio, Department of Taxation ("DOT") and hereby gives notice

of the change of address for all payments issued on any proof(s) of claim filed by DOT in this

matter.  All future payments should be directed to the following address:

        Attorney General State of Ohio
        Collection Enforcement
        150 East Gay St., 21st Floor
        Columbus, OH 43215

          /s/ Brian M. Gianangeli
          Brian M. Gianangeli (0072028)
          The Law Office of Charles Mifsud, LLC
          6305 Emerald Parkway
          Dublin, OH 43016
          614-224-8313
          614-389-2294 (FAX)
          bgianangeli@mifsudlaw.com
          Case Attorney for the State of Ohio,
          Department Of Taxation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via ECF at the email addresses registered with the Court on this 30th day of September, 2015 upon the following:

Christopher John Spiroff                     Office of the U.S. Trustee
Spiroff Law Office                          170 North High Street, Suite 200
1180 South High Street                      Columbus, OH  43215-2417
Columbus, OH 43206


Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449


                                            /s/ Brian M. Gianangeli_____
                                            Brian M. Gianangeli  (0072028)